UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Melvin Chism )
_____ )
_____ )
(Enter above the NAME of the )
plaintiff in this action.) )

v. )

Cpl. Steve Arnold )
Officer Aaron Guinn )
White pine police Dept. )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

  B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to the previous lawsuit:

      Plaintiffs: _____
      _____

      Defendants: _____
      _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Jefferson County Detention Center

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to B is NO, explain why not. Complaint is on White Pine police Officers. Grievance procedures has no connection to WPPD.

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

2

2. What was the result? _____

_____

### III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Mr Melvin Chism III (#15893)

Present address: PO Box 1108 Dandridge, TN 37725

Permanent home address: N/A

Address of nearest relative: 1073 Patricia Lane Lexington Ky 40511

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Cpl. Steve Arnold

Official position: Corporal

Place of employment: White Pine Police Department

C. Additional defendants: Aaron Guinn, Officer, White Pine Police Department

### IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

See attached sheets.

3

Statement Of Claim Cont.:

On February 14th 2018 at approximately 10:55pm I, Mr. Melvin Chism III, was at 3624 Roy Messer Hwy. (Pilot Travel Center) where I was detained without probable cause by 2 officers Officer Cpl. Steve Arnold and officer Aaron Quinn. On the above date and time, I was outside of the Pilot Travel Center talking on the phone when I was approached by Officer Steve Arnold. He began asking me questions about the lady that they had stopped coming out of the Pilot just before I did by the name of Rae Ann Kelley. He asked me, "Is she always hyper liked this?" I replied, "As long as I've known her." Then he asked, "Is she on any kind of drugs or anything?" I replied, "Not that I know of." Then he began to ask questions about my whereabouts. I told him I had been to my peoples restaurant in knoxville. I showed him where the address had been text to me I even called the person over the establishment whom I had went to visit to varify where I had come from.

Then Officer Steve Arnold ask me did I have any I.D. on me. I stated "yes, but I need to step back into the store so that I can put my things down and retrieve it from my pocket. I ask Officer Steve Arnold "What did I do wrong?"

1.4
Cont.

He replied, "You haven't done anything wrong." I then asked, "Why am I being detained?" He replied, "Your not being detained." I asked him why did he need to see my I.D.? He replied, "I just wanna see if you have a valid I.D."

I then told officer Steve Arnold that I was going to the bathroom. But I was told I had to come with him and I stated I thought I wasn't being detained. Officer Steve Arnold then Stated, "If I let you go then I have to search you before you go. I stated, "I thought you said "I haven't done anything wrong." Then I was taken over to where the other Officer, Officer Aaron Guinn and the lady Mrs Rae Ann Kelley, was. Officer Aaron Guinn and Mrs Rae Ann Kelley were standing in front of the McDonalds that is connected to the side of the Pilot Travel Center. Near where Mrs Rae Ann Kelleys car was parked.

Officer Aaron Guinn was going through Mrs. Kelleys purse while Officer Steve Arnold did a visual search of Mrs. Kelleys car from the outside with his flashlight. I was held in Detention for approximately 30 minutes before I was allowed to leave. Mrs Kelley was placed under arrest for some pills that officer Aaron Guinn allegedly found in her purse. Shortly I return from the bathroom and I was then placed under arrest for a .22 Cal.

found in the vehicles roof sunglass holder of Mrs. Kelleys vehicle while officers conducted an alleged inventory of Mrs. Kelleys car for tow. I was not present during this time. But I was arrested and charged. Mrs Kelleys car was parked in front of The McDonalds without any occupants inside of it. Mrs Kelley was in possession of the keys.

In conclusion, Cpl. Steve Arnold and Officer Aaron Guinn were in fact the two officers on the scene. And both detained Plantiff and further arrested the detainee absent probable cause. Cpl. Steve Arnold and Officer Aaron Guinn was/is employed and under the direction and operation of the White Pine Police Department. Mrs Rae Ann Kelley was/is a defendant/suspect in the case and was arrested.

V.  **RELIEF**

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

1) Order defendants to pay punitive damages for pain and suffering in the amount of $100,000.00.
2) Order defendants to reimburse plantiff for and pay for any and all legal expenses and lost wages that the plantiff has incurred.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ____5th____ day of __August__, 20_22_.

__Mr. Melvin Chism III__
Signature of plaintiff(s)

5

White Pine Police Department
1548 Main St
White Pine, Tn
37890