UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| MELVIN CHISM, III, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 3:22-CV-368 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| STEVE ARNOLD, AARON GUINN, *and* | ) |
| WHITE PINE POLICE DEPARTMENT, | ) |
| | ) |
| *Defendants*. | ) |

## **O R D E R**

On April 26, 2023, United States Magistrate Judge Jill E. McCook filed a report and recommendation (the "R&R") screening Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B)(i)–(ii). (Doc. 8.) The R&R recommends that the Court dismiss Plaintiff's claims against Defendant White Pine Police Department and allow Plaintiff's claims against Defendants Steve Arnold and Aaron Guinn to proceed. (*Id.* at 4–7.) Plaintiff has not filed any objection to the R&R within the time allowed by law. *See* Fed. R. Civ. P. 72(b)(2) (allowing fourteen days to file objections to proposed findings and recommendations); *see also* Fed. R. Civ. P. 6(d) (allowing three extra days after service by mail). The Court accordingly hereby **ACCEPTS** and **ADOPTS** the Magistrate Judge's findings of fact, conclusions of law, and recommendations (Doc. 41). Plaintiff's claims against Defendant White Pine Police Department are **DISMISSED**.

The Clerk of Court is **DIRECTED** to send Plaintiff service packets (a blank summons and USM-285 form) for Defendants Arnold and Guinn. Plaintiff is **ORDERED** to complete the service packets and return the packets to the Clerk's Office within twenty-one (21) days of receipt of this Order. At that time, the summons will be signed and sealed by the Clerk and forwarded to the U.S. Marshal for service. Fed. R. Civ. P. 4. Service on Defendants shall be made pursuant to

Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4.04(1) and (10) of the Tennessee Rules of Civil Procedure, either by mail or personally if mail service is not effective. Plaintiff is **WARNED** that if he fails to timely return the completed service packet, this action will be dismissed.

Defendants shall answer or otherwise respond to the complaint within twenty-one (21) days from the date of service. If any Defendant fails to timely respond to the complaint, it may result in entry of judgment by default against him.

Plaintiff is **ORDERED** to immediately inform the Court and Defendants/Defendants' counsel of record of any address changes in writing. Pursuant to Local Rule 83.13, it is the duty of a *pro se* party to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. E.D. Tenn. L.R. 83.13. Failure to provide a correct address to this Court within fourteen (14) days of any change in address may result in the dismissal of this action.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**