UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| MELVIN CHISM, III, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No. 3:22-CV-368 ) |
| STEVE ARNOLD *and* AARON GUINN, | ) Judge Curtis L. Collier ) ) |
| *Defendants*. | ) |

## JUDGMENT ORDER

Before the Court is a motion by Defendants, Steve Arnold and Aaron Guinn, to dismiss the complaint of Plaintiff, Melvin Chism, III, under Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Doc. 26.) Plaintiff responded in opposition (Doc. 30), and Defendants replied (Doc. 31). For the reasons set out in the accompanying Memorandum, the Court **GRANTS** Defendants' motion (Doc. 26) and **DISMISSES** this action.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *LeAnna R. Wilson*
   CLERK OF COURT